JUNE 14, 1951

**No. 55669.**—SUIT 4652.—American Express Co. *v.* United States.— —C. D. 1249 reversed May 8, 1951. C. A. D. 456.